# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSE ROSARIO GARCIA )<br>)<br>Defendant. )<br>_____ ) | CR-05-202 AWI<br><br>**ORDER MOVING SENTENCING HEARING TO NOVEMBER 13, 2006, AT 9:00 A.M.** |

On November 2, 2006, the Court received a request from the Defendant's counsel to move the stating that the sentencing of Defendant from November 6, 2006, to November 13, 2006. The request stated that the United States had no objection to this request. The Court construes Defendant's request as a stipulated request to move the sentencing.

Accordingly, IT IS HEREBY ORDERED that the sentencing hearing of Defendant Garcia that is currently scheduled for November 6, 2006, is VACATED, and that the new sentencing hearing will be at 9:00 a.m. on November 13, 2006.

IT IS SO ORDERED.

**Dated:   November 2, 2006**            /s/ Anthony W. Ishii
0m8i78                                          UNITED STATES DISTRICT JUDGE